Form B18 (10/05)

# United States Bankruptcy Court

Northern District of Illinois

**Case No. 05−57606**

**Chapter 7**

In Re

Debtor*
Sabrina Bedford
758 S. Keeler Ave.
Chicago, IL 60624

Social Security No.:
xxx−xx−4304

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: March 27, 2006

Kenneth S. Gardner, Clerk
United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**Set forth all names, including trade names, used by the debtor within the last 8 years. (Federal Rule of Bankruptcy Procedure 1005).*

Form B18 continued (10/05)

# EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

District/off: 0752-1 User: lhatch Page 1 of 1 Date Rcvd: Mar 27, 2006
Case: 05-57606 Form ID: b18 Total Served: 17

The following entities were served by first class mail on Mar 29, 2006.

db +Sabrina Bedford, 758 S. Keeler Ave., Chicago, IL 60624-3515
aty +Frank C Hernandez, Law Offices Of Peter Francis Geraci, 55 East Monroe St Suite #3400, Chicago, IL 60603-5920
tr +Robert B Katz, ESQ, The Law Offices Of Robert B Katz, 223 West Jackson Blvd Ste 1010, Chicago, IL 60606-6916
10291294 +Aronson Furniture, Attn: Bankruptcy Department, 3401 W. 47th St., Chicago, IL 60632-2997
10291286 +Citibank, Bankruptcy Department, PO Box 183036, Columbus, OH 43218-3036
10291292 +Columbus Bank & Trust GA, Bankruptcy Department, PO Box 105555, Atlanta, GA 30348-5555
10291296 Medical Business Bureau, Bankruptcy Department, PO Box 1219, Park Ridge, IL 60068-7219
10291283 Mile Square, Attn: Bankruptcy Dept., 2045 W. Washington, Chicago, IL 60612-2494
10291293 +Money Control, Inc., Bankruptcy Department, 7891 Mission Grove Pky. South, Suite A, Riverside, CA 92508-6004
10291290 +NCO Financial Systems, Bankruptcy Department, PO Box 41418, Philadelphia, PA 19101-1418
10291289 +Nationwide Credit & Collection, Bankruptcy Department, 9919 Roosevelt Rd., Westchester, IL 60154-2774
10291295 +Pekay & Blitstein, PC, 77 W. Washington, Ste. 719, Chicago, IL 60602-2899
10291284 SBC, Bankruptcy Department, PO Box 5072, Saginaw, MI 48605-5072

The following entities were served by electronic transmission on Mar 28, 2006 and receipt of the transmission was confirmed on:

10291285 +EDI: ACCE.COM Mar 27 2006 21:25:00 Asset Acceptance LLC, Bankruptcy Department, PO Box 2036, Warren, MI 48090-2036
10291287 +EDI: CAPITALONE.COM Mar 27 2006 21:25:00 Capital One, Bankruptcy Dept., 1957 Westmoreland Road, Richmond, VA 23276-0001
10291288 +EDI: DISCOVER.COM Mar 27 2006 21:25:00 Discover Bank, Bankruptcy Dept., PO Box 8003, Hilliard, OH 43026-8003
10291291 EDI: WTRWFNNB.COM Mar 27 2006 21:25:00 Harlem Furniture/WFNNB, Bankruptcy Department, PO Box 659704, San Antonio, TX 78265-9704

TOTAL: 4

***** BYPASSED RECIPIENTS *****

NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 29, 2006** **Signature:** Joseph Speetjens